IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**FILED**

JUL 2 3 2012

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | Civil Action No. MDL 875 |
| Bartsch v. A C and S Inc., et al., | E.D. PA Case No. 10-CV-61880 ✕<br>*Trans from E.D. WI Case No. 95-cv-276* |
| Gottsacker v. A C and S Inc., et al., | E.D. PA Case No. 10-CV-61885 ✓<br>*Trans from E.D. WI Case No. 95-cv-276* |
| Hay v. A C and S Inc., et al., | E.D. PA Case No. 10-CV-61873 ✕<br>*Trans from E.D. WI Case No. 95-cv-276* |
| Ouradnik v. A C and S Inc., et al., | E.D. PA Case No. 10-CV-61890 ✕<br>*Trans from E.D. WI Case No. 95-cv-276* |
| Scherz v. A C and S Inc., et al., | E.D. PA Case No. 10-CV-61863 ✕<br>*Trans from E.D. WI Case No. 95-cv-276* |
| Winter v. A C and S Inc., et al., | E.D. PA Case No. 10-CV-61894 ✓<br>*Trans from E.D. WI Case No. 95-cv-276* |
| Yanke v. A C and S Inc., et al., | E.D. PA Case No. 10-CV-61879 - *file*<br>*Trans from E.D. WI Case No. 95-cv-276* |
| Zimmer v. A C and S Inc., et al., | E.D. PA Case No. 10-CV-61896 ✓<br>*Trans from E.D. WI Case No. 95-cv-276* |

**ORDER**

Pursuant to the foregoing Stipulation of Voluntary Dismissal and Withdrawal of Motion,

IT IS HEREBY ORDERED that all claims made by the above Plaintiffs against Defendant

Owens-Illinois Inc. are voluntarily dismissed without prejudice and without cost to either party.

It is further ordered that Defendant Owens-Illinois Inc.'s Motion to Dismiss Plaintiff's

Severed and Amended Complaint[2] is withdrawn, moot, and the above Plaintiffs shall not be required to file a response thereto.

**IT IS SO ORDERED.**

Date: JUL 2 3 2012

Hon. Eduardo C. Robreno
United States District Court Judge

---

[2] 10-CV-61880 Doc. No. 87; 10-CV-61885 Doc. No. 85; 10-CV-61873 Doc. No. 63; 10-CV-61890 Doc. No. 86; 10-CV-61863 Doc. No. 86; 10-CV-61894 Doc. No. 98; 10-CV-61879 Doc. No. 84; & 10-CV-61896 Doc. No. 96